1
2
3
4
5
6

### IN THE UNITED STATES DISTRICT COURT

7

### FOR THE DISTRICT OF ARIZONA

8
9  | Darren Robert Pedersen,

10 |                   Plaintiff,

11 | v.

12 | Corizon Health Incorporated, et al.,

13 |                   Defendants.

14

No. CV-18-00513-TUC-JGZ

**ORDER**

15
16        Pending before the Court is Plaintiff's July 13, 2020 "Motion of Notice to Court and

17  Request of Documents" (Doc. 127); Plaintiff's July 24, 2020 Motion for Extension of Time

18  to Respond to Summary Judgment (Doc. 128); and Plaintiff's July 24, 2020 Report/Update

19  re Inmate Scribe (Doc. 129).  The Court will grant in part Plaintiff's request for documents,

20  grant Plaintiff's request for an extension of time to respond to the Corizon Defendants'

21  Motion for Summary Judgment, and direct Defendant Shinn to file a status report

22  concerning Plaintiff's access to an inmate scribe.

23        **A.  Requests for Documents and Extension**

24        In his Motion and Notice to the Court and Request for Documents, Plaintiff requests

25  copies of the Corizon Defendants' Motions for Summary Judgment filed on June 20, 2020

26  (Doc. 120) and July 1, 2020 (Doc. 124).  (Doc. 127.)  Plaintiff also requests a copy of the

27  Corizon Defendants' Motion for Leave to Exceed Page Limit Re Motion for Summary

28  Judgment (Doc. 118) filed in connection with Doc. 120.  (*Id*.)  Plaintiff states that he has

1   not received the requested documents from Defendants.  (*Id*.)

2      Plaintiff's response to the Corizon Defendants' Motion for Summary Judgment is

3   due on August 3, 2020. (*See* Doc. 126.)  Because Plaintiff has not received Defendants'

4   Motion for Summary Judgment, he also requests an extension of the deadline to respond.

5   (Doc. 128.)

6      The Court will grant Plaintiff's request for documents in part.  The Court will direct

7   the Corizon Defendants to send Plaintiff a copy of the July 1, 2020 Motion for Summary

8   Judgment (Doc. 124) and supporting Statement of Facts.  (Doc. 121.)  The Court will also

9   direct the Corizon Defendants to send Plaintiff a copy of Doc. 118.  The Court will deny

10  Plaintiff's request for a copy of Defendants' June 20, 2020 Motion for Summary Judgment

11  (Doc. 120) because the Court struck that motion from the record as overlong.  (*See* Doc.

12  122.)  The Corizon Defendants' July 1, 2020 Motion for Summary Judgment (Doc. 124)

13  replaced Doc. 120 and is the only Motion for Summary Judgment pending filed by

14  Defendant Corizon.

15     The Court will also grant Plaintiff a 45-day extension of time to respond to the

16  Corizon Defendants' Motion for Summary Judgment.

17  **B.  Inmate Scribe**

18     On July 2, 2020, after a medical evaluation reflected that Plaintiff's tremors and

19  difficulty with fine motor skills would make handwriting challenging, Defendant Shinn

20  reported to the Court that Plaintiff would be provided an inmate scribe to assist him with

21  handwritten documents.  (Docs. 117, 125.)  Plaintiff states that it has been problematic for

22  the scribe to be released from his cell to travel to Plaintiff's building to assist Plaintiff.

23  (Doc. 129, p. 4.)  It also appears that the scribe lost his pass and this has caused further

24  difficulty in his availability to assist Plaintiff.  (*Id.*)  Plaintiff re-urges his request for a

25  typewriter in place of the scribe.

26     In light of Plaintiff's report, the Court will require Defendant Shinn to provide a

27  status report to the Court regarding Plaintiff's access to an inmate scribe for assistance with

28  preparing documents for timely filing with the Court.  Accordingly,

1    IT IS ORDERED:

2    1. Plaintiff's "Motion of Notice to Court and Request of Documents" is

3    GRANTED in part.  (Doc. 127)  Within three (3) days of the filing date of this

4    Order, the Corizon Defendants must send Plaintiff copies of their:

5         a.  Motion for Summary Judgment (Doc. 124);

6         b.  Statement of Facts in Support of Motion for Summary Judgment (Doc.

7             121); and

8         c.  Motion for Leave to Exceed Page Limit Re Defendants' Motion for

9             Summary Judgment (Doc. 118).

10   Defendants must file a notice with the Court indicating their compliance.

11   2. Plaintiff's Motion for Extension of Time to Respond to Motion for Summary

12   Judgment (Doc. 128) is GRANTED.  The time for Plaintiff to respond to the

13   Corizon Defendants' Motion for Summary Judgment (Doc. 124) is extended to

14   **September 17, 2020.**

15   3. Within seven (7) days of the date of this Order, Defendant Shinn shall file a

16   status report addressing Plaintiff's complaints concerning access to an inmate

17   scribe to assist Plaintiff with preparing documents for timely filing with the

18   Court.

19   Dated this 28th day of July, 2020.

Honorable Jennifer G. Zipps
United States District Judge