**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren Robert Pedersen,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-18-00513-TUC-JCH<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation to Extend Time to Respond to Plaintiff's Motion to Reopen Discover (First Request) ("Stipulation") (Doc. 160), filed on January 12, 2022. Filed simultaneously is Defendant Corizon Health Inc's ("Defendant") Notice of Non-Objection Regarding Plaintiff's Motion to Continue Deadline for Joint Proposed Pretrial Order. (Doc. 159.)

　　　　On October 22, 2021, the Court set a Joint Proposed Pretrial Order deadline for January 14, 2022. (Doc. 156.) On December 30, 2021, Plaintiff Darren Robert Pedersen ("Plaintiff") filed a Motion to Reopen Discovery (First Request) and to Extend Deadline for Filing Joint Proposed Pre-Trial Order (Second Request) ("Motion") (Doc. 157.) Parties stipulate that Defendant shall have until January 26, 2022 to file a Response to Plaintiff's Motion to Reopen Discovery (First Request). (*See* Doc. 157.) Further, Defendant does not object to Plaintiff's request to extend the joint pretrial order deadline. Good cause appearing,

      **IT IS ORDERED GRANTING** the Stipulation (Doc. 160).

      **IT IS FURTHER ORDERED** Defendant shall have up to and including **January 26, 2022**, to file their Response to Plaintiff's Motion (Doc. 157); and Plaintiff's Reply brief shall be due **February 2, 2022**.

      **IT IS FURTHER ORDERED STAYING** the Joint Proposed Pretrial Order deadline. The deadline will be held in abeyance until such time the Court rules on Plaintiff's Motion. At that time, the Court will set deadlines accordingly.

      Dated this 12th day of January, 2022.

_____
Honorable John C. Hinderaker
United States District Judge